(93 South. 278)

## FULLER v. STATE. (3 Div. 425.)

(Court of Appeals of Alabama. June 6, 1922.)

**Criminal law ⊕═1095—Bill of exceptions stricken, where not presented within 90 days after judgment.**

Bill of exceptions, presented more than 90 days after rendition of judgment, must be stricken, both as to the original case and the motion for new trial.

Appeal from Circuit Court, Montgomery County; Walter B. Jones, Judge.

Handy Fuller was convicted of disposing of property on which another had a lien, and he appeals. Affirmed.

J. Paul Jones, of Montgomery, for appellant.

Counsel discuss the merits of the appeal, but does not discuss the matter referred to in the opinion.

Harwell G. Davis, Atty. Gen., for the State.

The bill of exceptions was not filed in time, and must be stricken. There is no error of the record.

SAMFORD, J. The judgment of conviction was rendered in this case on October 19, 1921. The judgment on the motion to set aside the verdict was rendered November 2, 1921. The bill of exceptions is marked presented February 2, 1922. This is more than 90 days after rendition of judgment, and therefore the bill of exceptions, both as to the original case and on the motion for new trial, must be stricken. Wrenn v. Baker, 15 Ala. App. 434, 73 South. 756.

There is no error in the record, and the judgment is affirmed.

Affirmed.